UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7\29\08

PAPA AMAR,

                Plaintiff,

-v-

CONWAY STORES, INC., *et al.*,

                Defendants.

No. 08 Civ. 5219 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of Plaintiff's letter dated July 21, 2008. It is hereby ORDERED that:

    The parties shall appear at a pre-motion conference before the court on August 13, 2008 at 2:30pm, to be held at 500 Pearl Street, Courtroom 21C.

    Defendants shall submit a reply to Plaintiff's letter of no more than three pages, in accordance with Rule 2A of Judge Sullivan's Individual Practices.

SO ORDERED.

Dated:     July 28, 2008
            New York, New York

                                    RICHARD J. SULLIVAN
                                    UNITED STATES DISTRICT JUDGE