UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAPA AMAR,

                 Plaintiff,

-v-

CONWAY STORES, INC., *et al.*,

                 Defendants.



No. 08 Civ. 5219 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    At a status conference held on August 13, 2008, the Court set the following schedule for Plaintiff's proposed motion:

    Plaintiff's motion is due on August 25, 2008. In the alternative to Plaintiff's motion, a joint letter to the Court, summarizing the status of the case and the progress of settlement negotiations, is due on August 25, 2008.
    Defendants' opposition is due on September 15, 2008.
    Plaintiff's reply is due on September 23, 2008.

The Court further orders that Defendant's Answer is due on August 25, 2008.

SO ORDERED.

Dated:    August 13, 2008
            New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE